IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| JAMEEL M. FUTRELL | : | CIVIL ACTION NO. 1:12-CV-2492 |
|---|---|---|
| Petitioner | : | (Judge Kane) |
| | : | (Magistrate Judge Carlson) |
| v. | : | |
| DAVID A. VARANO, et al. | : | |
| Respondents | : | |

## O R D E R

Before the Court in the above-captioned action is an October 25, 2013 Report and Recommendation of the Magistrate Judge. No timely objections have been filed.

**AND NOW**, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Carlson.

2) The Habeas Corpus proceeding is **STAYED** for a period of sixty (60) days. The Petitioner shall either present his unexhausted claims to the state courts through a PCRA petiton, or, alternatively, file with this Court a complete and legible Petition. Said Petition shall be filed on or before January 17, 2013.

3) The case is referred back to Magistrate Judge Carlson for further pretrial proceedings and disposition of any pending motions.

*S/ Yvette Kane*
YVETTE KANE, Judge
United States District Court
Middle District of Pennsylvania

Dated: November 14, 2013