# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES M. FUTRELL,** : | | |
| Petitioner : | No. 1:12-cv-02492 | |
| : | | |
| v. : | (Judge Kane) | |
| : | | |
| **JOHN E. WETZEL, et al.,** : | (Magistrate Judge Carlson) | |
| Respondents : | | |

## ORDER

Before the Court is the November 21, 2016 Report and Recommendation of Magistrate Judge Carlson. (Doc. No. 63.) No timely objections have been filed. **ACCORDINGLY**, on this 19th day of December 2016, upon independent review of the record and the applicable law,

**IT IS HEREBY ORDERED THAT**:

1. The Court adopts the Report and Recommendation of Magistrate Judge Carlson (Doc. No. 63);

2. Petitioner's motion for leave to file an amended petition (Doc. No. 58) is **DENIED**; and

3. The above-captioned action is referred back to Magistrate Judge Carlson for further pre-trial management.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
